UNITED STATES DISTRICT COURT   FILED
U.S. DIST COURT
MIDDLE DISTRICT OF LOUISIANA   MIDDLE DIST. OF LA

2009 SEP -2  P 3: 07

BRIAN LEWIS, ET AL

VERSUS                                          CIVIL ACTION NO. 09-405-JVP-SCR

BOBBY JINDAL, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable

to this action, and the Report and Recommendation of United States Magistrate

Judge Stephen C. Riedlinger dated July 31, 2009 (doc. 7).  Plaintiffs have filed an

objection which merely restates legal argument and does not require *de novo*

factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate

judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' complaint shall be **DISMISSED** with prejudice as

frivolous.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 2nd, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA