UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 SEP -2  P 3: 07

BY DEPUTY CLERK

BRIAN LEWIS, ET AL

VERSUS

BOBBY JINDAL, ET AL

CIVIL ACTION NO.: 09-405-JVP-SCR

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Bobby Jindal, Kip Holden, and the Office of the Parish Attorney, and against the plaintiffs, Brian Lewis and Diana Lewis, and this action is hereby **DISMISSED with prejudice**.

Baton Rouge, Louisiana, September ___, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA