UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


BRIAN LEWIS, ET AL

VERSUS                                          CIVIL ACTION

BOBBY JINDAL, ET AL                             NUMBER 09-405-JVP-SCR


**<u>NOTICE</u>**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, September 3, 2009.


                        STEPHEN C. RIEDLINGER
                        UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


BRIAN LEWIS, ET AL

VERSUS                                          CIVIL ACTION

BOBBY JINDAL, ET AL                             NUMBER 09-405-JVP-SCR


SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT

A magistrate judge's report was submitted to the district judge on July 31, 2009, recommending that the plaintiffs' complaint be dismissed with prejudice as frivolous.[1]

Plaintiffs amended the complaint to add as defendants Nineteenth Judicial District Court Commissioner Rachel Pitcher Morgan, Judge Janice Clark, and attorneys Patricia Wilton, Bridget Denicola and David G. Sanders.[2]   Plaintiffs made no allegations against these defendants.

To be liable under § 1983, a person must either be personally involved in the acts causing the alleged deprivation of constitutional rights, or there must be a causal connection between the act of that person and the constitutional violation sought to be redressed.  *Lozano v. Smith*, 718 F.2d 756 (5th Cir. 1983).

---

[1] record document number 7.

[2]  Plaintiffs attached as exhibits documents related to state court proceedings involving Gina Swift.  However, Swift is not a party to this litigation.

For the reasons set forth in the July 31, 2009, magistrate judge's report, as supplemented herein, the plaintiffs' complaint should be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

<u>RECOMMENDATION</u>

It is the recommendation of the magistrate judge that the plaintiffs' complaint be dismissed with prejudice as frivolous.

Baton Rouge, Louisiana, September 3, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

2