UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS AND
DIANA LEWIS

VERSUS                                          CIVIL ACTION NO.: 09-405-JVP-SCR

BOBBY JINDAL, ET AL

# RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger dated September 3, 2009 (doc. 15). Plaintiff has filed a "Notice to Appeal and Motion on Written Objections", which this court will treat as an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiffs' complaint shall be **DISMISSED WITH PREJUDICE** as frivolous.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 24th, 2009.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA