UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS AND
DIANA LEWIS

VERSUS                                        CIVIL ACTION NO.: 09-405-JVP-SCR

BOBBY JINDAL, ET AL

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, Bobby Jindal, Kip Holden, Office of the Parish Attorney, Rachal Pitcher Morgan, Janice Clark, Patricia Wilton, Bridget Denicola, and David G. Sanders, and against the plaintiffs, Brian Lewis and Diana Lewis, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, September 24th, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA